NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHAWNITA A. RESPER,**

*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**

*Respondent*

---

2026-1882

---

Petition for review of the Merit Systems Protection Board in No. DC-0432-25-1883-I-1.

---

**O R D E R**

The petitioner having failed to file the required Statement Concerning Discrimination pursuant to Federal Circuit Rule 15(c)(3), and having failed to file the required Notice of Unrepresented Person Appearance pursuant to Federal Circuit Rule 47.3(b), it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

2                                                    RESPER V. DHS


     The motion for leave to proceed in Forma Pauperis is denied as moot.


                                                    FOR THE COURT


July 10, 2026                               Jarrett B. Perlow
   Date                                        Clerk of Court